No. 1819, Misc. CLINTON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 1892, Misc. ROBINSON *v.* BOARD OF SUPERVISORS OF PIMA COUNTY ET AL. Sup. Ct. Ariz. Certiorari denied.

No. 1918, Misc. WILLIAMS *v.* OBERHAUSER, INSTITUTION SUPERINTENDENT. Sup. Ct. Cal. Certiorari denied.

No. 1965, Misc. SCHLETTE *v.* ROSENSTOCK. C. A. 9th Cir. Certiorari denied.

No. 1974, Misc. NIPP *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 1984, Misc. KENDALL *v.* FOLLETTE, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 1986, Misc. ADAMS, AKA OWENS, ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 1987, Misc. GRACE *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 2047, Misc. GOODMAN *v.* COX, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 2051, Misc. GLENNERSTER *v.* UNITED STATES; and

No. 2075, Misc. BENANTI *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 2062, Misc. DEVERS *v.* CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 2068, Misc. SEOHNLEIN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.